IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL N. BROWN,

      Petitioner,                No. CIV S-03-1965 FCD KJM P

   vs.

JAMES E. HALL, Warden,

      Respondent.          ORDER

_____/

      Petitioner has requested an extension of time to file and serve objections to the October 23, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's November 15, 2006 request for an extension of time is granted; and

      2. Petitioner is granted ten days from the date of this order in which to file and serve objections to the October 23, 2006 findings and recommendations.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp; brow1965.111