IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL N. BROWN,

           Petitioner,                No. CIV S-03-1965 FCD KJM P

    vs.

JAMES E. HALL, Warden,

           Respondent.          __ORDER__

_____/

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 23, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.  Attached to these objections are materials which were not included with his original habeas petition.  Some of these materials offered in support of his claims of ineffective assistance of counsel were not part of the motion for a new trial which he litigated in superior court.  Additional materials are offered in support of his claim that the victim's identification of him as the shooter is not based on sufficient evidence,

the argument that the prosecutor knowingly presented or failed to correct perjured testimony, and his claim of factual innocence.

This court has the discretion to refuse to consider material presented for the first time in objections to a magistrate judge's findings and recommendations.  Jones v. Blanas, 393 F.3d 918, 935 (9th Cir. 2004), cert. denied sub nom. County of Sacramento, Cal. v. Jones, __ U.S. __, 126 S.Ct. 351 (2005).  Petitioner's claim, presented for the first time in his objections, that trial counsel was ineffective for failing to use the victim's medical records to show that his injuries would not have interfered with his ability to recall details about the shooting, is unexhausted.  Petitioner offers no explanation for his attempt to raise such a claim at this stage of the litigation or for his failure to attach the other materials to his original petition.

Finally, exhibit F in support of the objections consists of the victim's medical records, which contain identifying information.  Under Local Rule 39-140(a), petitioner was required to redact the victim's social security number and birth date.  Because he did not, the court will order this exhibit sealed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to seal Exhibit F, medical records, attached to petitioner's November 27, 2006 objections to the findings and recommendations.

2.  The court declines to exercise its discretion to consider materials and arguments presented for the first time in the objections.

/////

/////

/////

1          3  The findings and recommendations filed October 23, 2006, are adopted in full;

2  and

3          4  Petitioner's application for a writ of habeas corpus is denied.

4  DATED:   December 7, 2006.

5

6

7          FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26