IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL N. BROWN,

    Petitioner,   No. CIV S-03-1965 FCD KJM P

  vs.

JAMES E. HALL, Warden,

    Respondent.   <u>ORDER</u>

_____/

    On February 12, 2007, petitioner filed an application to proceed in forma pauperis on appeal from the judgment entered in this case.  However, on September 29, 2003, this court granted petitioner's initial request to proceed in forma pauperis in this action, which renders the current request unnecessary.  Fed. R. App. P 24(a)(3).

    Accordingly, IT IS HEREBY ORDERED that petitioner's February 12, 2007 request to proceed in forma pauperis on appeal is denied as unnecessary.

DATED: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2/brow1965.24(a)

1