**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

May 10, 2007

Ms. Karen Bucur
Attorney at Law
24881 Alica Parkway, #E-193
Laguna Hills, CA 92653

**FILED**

MAY 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:   **Brown v. Attorney General**
      **Civ.S-03-1965-FCD**

Dear Ms. Bucur:

This will confirm your appointment as counsel by the Honorable Frank C. Damrell, U.S. District Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit Court of Appeals

| | | | | | |
|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE 09C | 2. PERSON REPRESENTED Brown, Samuel N. | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | | 4. DIST. DKT./DEF. NUMBER Civ.S-03-1965-FCD | 5. APPEALS DKT./DEF. NUMBER 07-15289 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) Brown v. Attorney General | | 8. PAYMENT CATEGORY Appeal | 9. TYPE PERSON REPRESENTED Appellant | | 10. REPRESENTATION TYPE CA |

11. OFFENSE(S) CHARGED: Appeal from the denial of a habeas corpus

12. ATTORNEY'S NAME AND MAILING ADDRESS
Karyn Bucur, Esq.
24881 Alica Parkway, #E-193
Laguna Hills, CA 92653
(949) 472-1092

13. COURT ORDER
Date: 5/2/07

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment | | | DATE | 34a. JUDGE CODE |

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
APR 23 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| SAMUEL N. BROWN, | No. 07-15289 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-03-01965-FCD<br>Eastern District of California,<br>Sacramento |
| v. | |
| ATTORNEY GENERAL OF THE<br>STATE OF CALIFORNIA; et al., | ORDER |
| Respondents - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. See 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve this order on Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

S:\MOATT\Cmshords\04.07\at\07-15289.wpd

07-15289

Appellant's pro se motion to broaden the certificate of appealability is denied without prejudice. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

Appellant's pro se motion to proceed in forma pauperis is denied as unnecessary. The district court granted appellant in forma pauperis statuts, and that status has not been revoked.

Appellant's pro se motions to unseal, to order the record, for leave to use the original state court record, and for leave to file a late motion to order the record are denied without prejudice to renewal by counsel.

The opening brief and excerpts of record are due June 29, 2007; the answering brief is due July 30, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)